**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| THE ESTATE OF JOHN G. GUYAUX AND MIRIAN V. GUYAUX, DECEASED, AND GARY GUYAUX AND CHRISTY GUYAUX, HEIRS | : : : : : : | No. 244 WAL 2019 |
| | | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : | |
| TOWNSHIP OF NORTH FAYETTE | : : : | |
| PETITION OF: CHRISTY GUYAUX | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.